```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

A.G., et al.                   :        CIVIL ACTION
                               :
        v.                     :
                               :
LOWER MERION SCHOOL DISTRICT   :        NO. 11-5025
```

ORDER

AND NOW, this 20th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Lower Merion School District to dismiss the claim of plaintiffs for "all attorneys' fees and costs for the prosecution of the [administrative] due process complaint and related work" is GRANTED;

(2)  the motion of defendant Lower Merion School District to dismiss plaintiffs Charles and Cindy Gregory from this action is GRANTED; and

(3)  the motion to dismiss is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.