```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

A.G.                              :      CIVIL ACTION
                                  :
        v.                        :
                                  :
LOWER MERION SCHOOL DISTRICT      :      NO. 11-5025
```

ORDER

AND NOW, this 28th day of September, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Lower Merion School District for summary judgment (Doc. #17) is GRANTED; and

(2)  the motion of plaintiff A.G. for summary judgment (Doc. #15) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                   J.